1  Susan St. Vincent
2  Acting Legal Officer
   Matthew McNease
3  Acting Legal Officer
   NATIONAL PARK SERVICE
4  Legal Office
   P.O. Box 517
5  Yosemite, California  95389
   Telephone:  (209) 372-0241
6

7

8

9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA, | DOCKET NO: 6:15-mj-27-MJS

13 |           Plaintiff,

14 |        v.                | **STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES**
15 | EVAN KING,
16 |           Defendant.     | Judge: Honorable Michael J. Seng

17

18

19     IT IS HEREBY STIPULATED by and between the parties hereto through their

20 respective counsel that the following briefing schedule – Government's Brief and

21 Defendant's Reply Brief – now due August 14, 2015 and August 17, 2015, respectively,

22 **may be continued** to August 28, 2015, and September 4, 2015, respectively. The

23 parties further stipulate that the Motion Hearing currently scheduled for September 2,

24 2015, at 1:30 p.m. be moved to September 23, 2015, at 1:30 p.m.

25 ///

26 ///

27 ///

28

1

| | |
|---|---|
| Dated: August 13, 2015 | /S/ Matthew McNease<br>Matthew McNease<br>Acting Legal Officer<br>National Park Service<br>Yosemite National Park |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated: August 13, 2015 | /S/ Megan T. Hopkins<br>Megan T. Hopkins<br>Assistant Federal Defender<br>Attorneys for Defendant<br>ANTONIO BLAZQUEZ |

## **ORDER**

Good cause appearing, the above STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES in DOCKET NO: 6:15-mj-27-MJS is accepted and its terms made the Order of this Court.

IT IS SO ORDERED.

Dated:   August 13, 2015            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE