HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
EVAN KING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:15-MJ-00027 MJS |
| Plaintiff, | STIPULATION TO CONTINUE MOTION BRIEFING SCHEDULE AND MOTION HEARING;  ORDER |
| vs. | |
| EVAN KING, | DATE:     September 29, 2015 |
| Defendant. | TIME:     10:00 a.m. |
| | JUDGE:   Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that the motion hearing scheduled for September 23, 2015 at 10:00 a.m., may be continued to September 29, 2015 at 10:00 a.m.  It is further stipulated that the motions briefing schedule be set as follows:

| | |
|---|---|
| Defendant's Motion Filed: | August 7, 2015 |
| Government's Response Due : | September 4, 2015 |
| Defendant's Reply Due: | September 11, 2015 |
| Motion Hearing: | September 29, 2015, at 10:00 a.m. |

The parties are still negotiating the final terms of a resolution.  Defense counsel requires additional time to communicate those terms to defendant and confirm with the government. Defendant is only available sporadically by phone, and resides in the Yosemite area without the ability to travel to defense counsel's Fresno Office on a frequent basis. In an effort to conserve

the court's resources, the parties request this continuance so that this matter might be resolved without the need for the motion to dismiss or the hearing on the same. The requested continuance will conserve time and resources for both parties and the court.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: August 26, 2015          By:   */s/ Megan T. Hopkins*
                                      MEGAN T. HOPKINS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      EVAN KING

DATED: August 26, 2015          By:   */s/ Matthew McNease*
                                      MATTHEW MC NEASE
                                      Acting Legal Officer
                                      National Park Service
                                      Yosemite National Park

O R D E R

Good cause appearing, the above Stipulation to Continue Motions Briefing Schedule and Motion Hearing in Case No. 6:15-MJ-00027 MJS is hereby accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:   August 26, 2015            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE